1    SARAH E. ROSS, Bar No. 252206
     sross@littler.com
2    LITTLER MENDELSON, P.C.
     2049 Century Park East
3    5th Floor
     Los Angeles, CA  90067.3107
4    Telephone: 310.553.0308
     Facsimile:  310.553.5583

5

6    RAE CHUNG, Bar No. 318300
     rchung@littler.com
7    LITTLER MENDELSON, P.C.
     633 West 5th Street
8    63rd Floor
     Los Angeles, CA  90071
9    Telephone: 213.443.4300
     Facsimile:  213.443.4299

10

11   Attorney for Defendant
     THE GOODYEAR TIRE & RUBBER COMPANY

12

13                UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15   ANITA MENDOZA, an individual, | Case No.  5:20-cv-00993 |
| 16          Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE JESUS G. BERNAL |
| 17      v. | **NOTICE OF SETTLEMENT** |
| 18   THE GOODYEAR TIRE AND RUBBER COMPANY, an Ohio | **[L.R. 16-15.7]** |
| 19   corporation; and DOES 1-10, | |
| 20         Defendants. | Complaint filed:  February 11, 2020 (originally filed in San Bernardino |
| 21 | Superior Court) |

22

23

24

25

26

27

28

Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("Goodyear" or "Defendant"), by and through its respective counsel of record, hereby lodges this Notice of Settlement of the entire matter and all claims and causes of action contained therein. The Parties anticipate filing a joint Stipulation for Dismissal and [Proposed] Order dismissing the entire action with prejudice within the next sixty (60) days. In the meantime, all dates in this matter can be vacated.

Dated:        April 22, 2021

/s/ Sarah E. Ross
SARAH E. ROSS
RAE CHUNG
LITTLER MENDELSON, P.C.
Attorney for Defendant
THE GOODYEAR TIRE & RUBBER COMPANY