1  SKAPIK LAW GROUP
   Mark J. Skapik (SBN 164957)
2  mskapik@skapiklaw.com
   Geralyn L. Skapik (SBN 145055)
3  gskapik@skapiklaw.com
   5861 Pine Avenue, Suite A-1
4  Chino Hills, CA 91709
   T: (909) 398-4404
5  F: (909) 398-1883

6  Attorney for Plaintiff
   ANITA MENDOZA
7
   SARAH E. ROSS, Bar No. 252206
8  sross@littler.com
   LITTLER MENDELSON, P.C.
9  2049 Century Park East 5th Floor
   Los Angeles, CA  90067.3107
10 Telephone: 310.553.0308
   Facsimile:  310.553.5583
11
   RAE CHUNG, Bar No. 318300
12 rchung@littler.com
   LITTLER MENDELSON, P.C.
13 633 West 5th Street 63rd Floor
   Los Angeles, CA  90071
14 Telephone: 213.443.4300
   Facsimile:  213.443.4299
15
   Attorney for Defendant
16 THE GOODYEAR TIRE & RUBBER COMPANY

17            UNITED STATES DISTRICT COURT

18            CENTRAL DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| ANITA MENDOZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE AND RUBBER COMPANY, an Ohio corporation; and DOES 1-10,<br><br>Defendants. | Case No.  5:20-cv-00993<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JESUS G. BERNAL<br><br>**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br><br>Complaint filed:  February 11, 2020 (originally filed in San Bernardino Superior Court) |

**TO THE HONORABLE COURT:**

Plaintiff ANITA MENDOZA ("Plaintiff") and Defendant THE GOODYEAR TIRE & RUBBER COMPANY ("Defendant") (collectively, the "Parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that Plaintiff's Complaint and this entire action can and should be dismissed with prejudice.

THEREFORE, subject to the approval of the Court, the Parties stipulate and agree that Plaintiff's Complaint and this entire action shall be and hereby is dismissed with prejudice, and that each party shall bear her and its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO STIPULATED.**

Dated:   May 10, 2021

/s/Geralyn L. Skapik                    [1]
MARK J. SKAPIK
GERALYN L. SKAPIK
SKAPIK LAW GROUP
Attorney for Plaintiff
ANITA MENDOZA

Dated:   May 10, 2021

/s/ Sarah E. Ross
SARAH E. ROSS
RAE CHUNG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER
COMPANY

---

[1] * Pursuant to Local Rule 5-4.3.4, the filing party has obtained the authorization and approval of all signatories listed to file the instant stipulation.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.